IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEXREV STORE, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-00189<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge M. David Weisman** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Levi Strauss & Co. ("LS&Co." or "Plaintiff") against the defendants identified on Schedule A, and using at least the e-commerce stores operating under the seller aliases identified on Schedule A to the Amended Complaint (collectively, the "Seller Aliases"), and LS&Co. having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by LS&Co., a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

LS&Co. having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases through which Illinois residents can purchase products using infringing and counterfeit versions of the LEVI'S Trademarks (a list of which is included in the below chart).

| REGISTRATION NUMBER | TRADEMARK | REGISTRATION DATE | GOODS AND SERVICES |
|---|---|---|---|
| 1,140,011 | LEVI'S | September 30, 1980 | For garments-namely, pants, shirts, and shorts in class 025. |
| 1,124,018 | LEVI'S | August 14, 1979 | For purses, denim shopping bags, back packs, duffle bags, briefcase portfolios, key cases and wallets in class 018.<br><br>For belts, hats, caps, visors, and shoes in class 025. |
| 1,130,486 | LEVI'S | February 5, 1980 | For socks in class 025. |
| 4,660,979 | LEVI'S | December 23, 2014 | For underwear in class 025. |
| 250,265 | Levi's | December 4, 1928 | For jeans in class 025. |
| 581,610 | LEVI'S | October 27, 1953 | For men's, women's and children's overalls, jackets, outer shirts, slacks, and pants; skirts in classes 025. |

| 2,320,789 | | February 22, 2000 | For clothing, namely, men's, women's and children's pants, slacks, trousers, jeans, shorts, overalls, shirts, t-shirts, vests, skirts, jackets, coats, sweaters, sweatshirts, hats and shoes in class 025. |
|---|---|---|---|
| 849,437 | | May 21, 1968 | For trousers, jackets, shorts, shirts, skirts in class 025. |
| 1,135,196 | | May 13, 1980 | For garments-namely, pants in class 025. |
| 928,351 | | February 1, 1972 | For men's, women's and children's pants, jackets in class 025. |
| 404,248 | | November 16, 1943 | For waistband type overalls in class 025. |
| 1,139,254 | | September 2, 1980 | For pants, jackets, skirts, and shorts in class 025. |
| 2,794,649 | | December 16, 2003 | For pants, jeans, shorts, skirts, and jackets in class 025. |
| 356,701 | | May 10, 1938 | For pants of the patch-pocket type worn by men, women and children in class 025. |

| 516,561 | | October 18, 1949 | For men's, women's and children's jeans and jackets in class 025. |
|---|---|---|---|
| 577,490 | | July 21, 1953 | For jeans in class 025. |
| 720,376 | | August 22, 1961 | For pants in class 025. |
| 774,625 | | August 4, 1964 | For garments, particularly trousers in class 025. |
| 775,412 | | August 18, 1964 | For garments, particularly trousers in class 025. |
| 1,157,769 | | June 16, 1981 | For trousers in class 025. |
| 2,726,253 | | June 17, 2003 | For clothing, namely, shirts in class 025. |

| 2,791,156 | | December 9, 2003 | For pants, jeans, shorts, skirts and jackets in class 025. |
| --- | --- | --- | --- |
| 523,665 | | April 11, 1950 | For men's, women's, boys', and girls' trousers in class 025. |
| 1,044,246 | | July 20, 1976 | For shoes in class 025. |
| 4,576,208 | | July 29, 2014 | For jackets; jeans; pants; t-shirts; vests in class 025. |
| 1,030,033 | | January 13, 1976 | For wallets in class 018. |
| 1,095,986 | | July 11, 1978 | For luggage-namely, back packs, shoulder bags, and purses in class 018.<br><br>For caps in class 025. |
| 1,140,853 | | October 28, 1980 | For garments-namely, pants, jackets, overalls and shoes in class 025. |
| 1,313,554 | 505 | January 8, 1985 | For pants in class 025. |
| 1,319,462 | 517 | February 12, 1985 | For pants in class 025. |
| 1,552,985 | 501 | August 22, 1989 | For jeans in class 025. |
| 2,503,976 | 569 | November 6, 2001 | For jeans and pants in class 025. |
| 4,053,137 | 550 | November 8, 2011 | For jeans; pants; shorts in class 025. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that LS&Co.'s Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the LEVI'S Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LEVI'S® brand product or not authorized by LS&Co. to be sold in connection with the LEVI'S Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LEVI'S® brand product or any other product produced by LS&Co., that is not LS&Co.'s or not produced under the authorization, control or supervision of LS&Co. and approved by LS&Co. for sale under the LEVI'S Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of LS&Co., or are sponsored by, approved by, or otherwise connected with LS&Co.;

   d. further infringing the LEVI'S Trademarks and damaging LS&Co.'s goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for LS&Co., nor authorized by LS&Co. to be sold or offered for sale, and which bear any of LS&Co.'s trademarks, including the LEVI'S Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon LS&Co.'s request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the e-commerce stores operating under the Seller Aliases or other seller aliases operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate (collectively, the "Third Party Providers") shall, within three (3) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the LEVI's Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), LS&Co. is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit LEVI'S Trademarks on products sold through at least the e-commerce stores operating under the Seller Aliases. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

4. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Seller Aliases from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

5. All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Wish.com, and Amazon Pay, are hereby released to LS&Co. as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, are ordered to release to LS&Co. the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6. Until LS&Co. has recovered full payment of monies owed to it by any Defaulting Defendant, LS&Co. shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall within two (2) business days:

   a. locate all accounts and funds connected to Defaulting Defendants or the e-commerce stores operating under the Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail

  addresses identified in Exhibit 2 to the Declaration of Zachary Toczynski, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to LS&Co. as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. In the event that LS&Co. identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, LS&Co. may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Zachary Toczynski and any e-mail addresses provided for Defaulting Defendants by third parties.

8. The ten thousand dollar ($10,000) cash bond posted by LS&Co., including any interest minus the registry fee, is hereby released to LS&Co. or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to LS&Co. or its counsel by check made out to the Greer Burns & Crain IOLTA account.

This is a Final Judgment.

DATED: March 10, 2020

_____
Robert W. Gettleman
United States District Judge

Levi Strauss & Co. v. LEXREV Store, et al. - Case No. 20-cv-189

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | LEXREV Store | 2 | Oceanlandy children clothes Store |
| 3 | YOCALOR ORMIGHT Store | 4 | Alice clothings Store |
| 5 | ATMS Store | 6 | DISMISSED |
| 7 | CASSIEL-HU Store | 8 | DISMISSED |
| 9 | Exellent Men Store | 10 | Family First |
| 11 | Fashionable socks industry Store | 12 | First sense Store |
| 13 | DISMISSED | 14 | Is you Store |
| 15 | jujuge Store | 16 | Junxing736 Store |
| 17 | LaLune Store | 18 | Large Size Dropshipping AliExpress Store |
| 19 | Looking Forward To Store | 20 | Luck Megan Store |
| 21 | Male elves Store | 22 | MOLI WARDROBE Store |
| 23 | Sanicebeen Store | 24 | SEXXXY Store |
| 25 | Shenghui Store | 26 | Shop1283305 Store |
| 27 | Shop1905899 Store | 28 | Shop225554 Store |
| 29 | Shop4378004 Store | 30 | Shop4983024 Store |
| 31 | Shop5103102 Store | 32 | Shop5217027 Store |
| 33 | Shop5230002 Store | 34 | Shop5365135 Store |
| 35 | Shop5381136 Store | 36 | Silesia Store |
| 37 | Starxy Dragonfly Store | 38 | TOPINCN Official Store |
| 39 | weLaken Official Store | 40 | Zed Store |
| 41 | AGUTIUN | 42 | Heart Yuxuan |
| 43 | DISMISSED | 44 | JustShow Garment Limited |
| 45 | MeGaLuv | 46 | REKAFO |
| 47 | TAKIYA Store | 48 | Tenchif |
| 49 | TONG YUE | 50 | YOMORIO_TOMORI |
| 51 | ZHNA | 52 | doks2266 |
| 53 | modeldeals88 | 54 | huzhe311 |
| 55 | jinzhiping | 56 | keepfighting |
| 57 | Swan E-co | 58 | yiwenshop |
| 59 | youshan21 | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/4684053 | 2 | aliexpress.com/store/1904871 |
| 3 | aliexpress.com/store/5068509 | 4 | aliexpress.com/store/921330 |
| 5 | aliexpress.com/store/5097027 | 6 | DISMISSED |
| 7 | aliexpress.com/store/5051117 | 8 | DISMISSED |
| 9 | aliexpress.com/store/2835009 | 10 | aliexpress.com/store/229470 |
| 11 | aliexpress.com/store/5044194 | 12 | aliexpress.com/store/4797023 |
| 13 | DISMISSED | 14 | aliexpress.com/store/5099069 |
| 15 | aliexpress.com/store/4772035 | 16 | aliexpress.com/store/4498103 |
| 17 | aliexpress.com/store/5171011 | 18 | aliexpress.com/store/4697021 |
| 19 | aliexpress.com/store/4972018 | 20 | aliexpress.com/store/5255060 |
| 21 | aliexpress.com/store/4994367 | 22 | aliexpress.com/store/4985054 |
| 23 | aliexpress.com/store/431458 | 24 | aliexpress.com/store/4668049 |
| 25 | aliexpress.com/store/5381024 | 26 | aliexpress.com/store/1283305 |
| 27 | aliexpress.com/store/1905899 | 28 | aliexpress.com/store/225554 |
| 29 | aliexpress.com/store/4378004 | 30 | aliexpress.com/store/4983024 |
| 31 | aliexpress.com/store/5103102 | 32 | aliexpress.com/store/5217027 |
| 33 | aliexpress.com/store/5230002 | 34 | aliexpress.com/store/5365135 |
| 35 | aliexpress.com/store/5381136 | 36 | aliexpress.com/store/4006007 |
| 37 | aliexpress.com/store/4691085 | 38 | aliexpress.com/store/2965074 |
| 39 | aliexpress.com/store/728384 | 40 | aliexpress.com/store/5381139 |
| 41 | amazon.com/sp?seller=A8X1WP2IEV0YC | 42 | amazon.com/sp?seller=amazon.com/sp?seller=A2E3MEZ7G9U5WB |
| 43 | DISMISSED | 44 | amazon.com/sp?seller=ALVNUI4HLROCH |
| 45 | amazon.com/sp?seller=AT2OSGOWRCNI9 | 46 | amazon.com/sp?seller=A3AFP9EXLRF5QT |
| 47 | amazon.com/sp?seller=A35UDNK2SH64DC | 48 | amazon.com/sp?seller=A2VJQNDE3NOYDI |
| 49 | amazon.com/sp?seller=amazon.com/sp?seller=AE7ED3APZJZOH | 50 | amazon.com/sp?seller=A2DS8C1N9QDLVD |
| 51 | amazon.com/sp?seller=A2RHWOIUDU3U07 | 52 | ebay.com/usr/doks2266 |
| 53 | ebay.com/usr/modeldeals88 | 54 | wish.com/merchant/584921f27718ad4c9ea8872f |
| 55 | wish.com/merchant/5822cbf903bcd11b5ce4ffca | 56 | wish.com/merchant/58184a8096585e3deaf4b0f8 |
| 57 | wish.com/merchant/583cfc9763a6521b8442d7c4 | 58 | wish.com/merchant/5811b6e39c30df4de3b6a940 |
| 59 | wish.com/merchant/5ab9079a1843541720670c0c | | |

12